alegato y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 1819. El Pueblo, Apelado, *v.* Suárez, Apelante.— Corte de Distrito de San Juan, Segundo Distrito. Adulteración de leche. Resuelto en diciembre 19, 1921. No existe exposición del caso ni pliego de excepciones y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 1833. El Pueblo, Apelado, *v.* Orobitg, Apelante.— Corte de Distrito de San Juan, Segundo Distrito. Adulteración de leche. Resuelto en diciembre 19, 1921. El apelante no ha presentado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia apelada.

No. 1825. El Pueblo, Apelado, *v.* Sánchez, Apelante.— Corte de Distrito de Guayama. Infracción de la ley de arbitrios. Resuelto en diciembre 19, 1921. El apelante no ha presentado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia apelada.

No. 2618. Llorens, Apelado, *v.* Galarza, Apelante.—

No. 2619. Galarza, Apelante, *v.* Llorens, Apelado.— Corte de Distrito de Ponce. Interdictos para recobrar. Mociones de las partes apeladas para desestimar la apelación y certificaciones que se acompañan. Resueltos en diciembre 22, 1921. Apareciendo que los apelantes no han hecho gestión alguna para perfeccionar su apelación y que no han radicado en tiempo la transcripción de los autos en esta corte, se declaran con lugar las mociones y se desestiman las apelaciones.

No. 1831. El Pueblo, Apelado, *v.* Cintrón, Apelante.— Corte de Distrito de San Juan. Distrito Segundo. Acometimiento y agresión grave. Resuelto en diciembre 22, 1921. No existiendo pliego de excepciones ni relación de hechos y tampoco alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia apelada.